IN THE SUPERIOR COURT OF GUAM
TERRITORY OF GUAM

DERRICK M. GUERRERO, JOSEPH A. )
GANGE, VINCENT J. CAMACHO, FRED )
Q. AGUON, DINO F. LIZAMA, )
GREGORIO I. DIAZ, DEBORAHLYNN P. )
SIMMONS, GOLDENCIO A. ELAGO, )
JOHN F. ASUNCION, JASON T. )
PAULINO, WILLIAM S. ATOIGUE, )
FRANCIS F. REYES, EDWIN W. )
LAPUEBLA, DWANE T.D. SAN )
NICOLAS, and JOHN J. AGUON, )
                                        )
                        Plaintiffs,)
                                        )
        vs.                             )
                                        )
RAFFAELE SGAMBELLURI, in his official )
capacity as Acting Director of Guam Customs )
and Quarantine Agency,                  )
                                        )
LOU PEREZ, in her official capacity as  )
Director of the Department of Administration, )
                                        )
                        Defendants.)

2012 FEB 17 PM 2: 11

CIVIL CASE NO. CV0523-09

**DECISION AND ORDER**
(Attorney's Fees)

The HONORABLE ELIZABETH BARRETT-ANDERSON issued a Decision and Order on September 12, 2011 ordering Plaintiffs' counsel to submit detailed invoices of his reasonable attorney's fees for this case. *Guerrero v. Santo Thomas*, 2010 Guam 11 ¶ 44. The Court has reviewed the record and determines that it is awarding twenty-two thousand three hundred fifty dollars ($22,350.00) as reasonable attorney's fees to be paid by Defendants.

Plaintiffs' Counsel is hereby Ordered to prepare and submit a Judgment for this case.

**SO ORDERED** this 17th day of February, 2012.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

FEB 17 2012

Glenric J. Mendiola
Deputy Clerk, Superior Court of Guam

**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam